IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>Plaintiff,<br>v.<br><br>CENTENNIAL PUERTO RICO WIRELESS CORPORATION, CENTENNIAL PUERTO RICO OPERATIONS CORP., and CENTENNIAL DE PUERTO RICO,<br><br>Defendants. | Civil Action No. 04-437 SLR |

## NOTICE OF DISMISSAL
## WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative, hereby dismisses with prejudice the *Complaint* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 03-60018) in

42125-003\DOCS_DE:110467.1

the adversary proceeding versus Centennial Puerto Rico Wireless Corporation, Centennial Puerto Rico Operations Corp., and Centennial de Puerto Rico (Civil Action No. 04-437 SLR).

| | |
|---|---|
| Dated: August 15, 2005 | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. |

_____
Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Counsel to the Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust