## CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on the 15th day of August 2005, I caused a true and correct copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
Bruce Grohsgal (Bar No. 3583)

**Caribbean Petroleum Creditors' Trust v. Centennial Puerto Rico Wireless Corporation**
USDC, DE Civil Action No. 04-437 SLR
Document No. 110467
02 – First Class Mail

**First Class Mail**
(Counsel for Centennial PR)
Tony Wolk, Senior VP, General Counsel
Centennial Communications Corp.
3349 Route 138, Building A
Wall, NJ 07719

**First Class Mail**
(Counsel for Centennial PR)
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068